IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PHYLLIS KENNEDY, | : | |
| Plaintiff, | : | Case No. 3:15cv00059 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Commissioner of the Social Security<br>Administration, | :<br><br>: | **DECISION AND ENTRY** |
| Defendant. | : | |

This case is before the Court upon Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #16), the Commissioner's Notice Of No Objection (Doc. #17), and the record as a whole.

Plaintiff seeks an award of attorney fees under the EAJA in the amount of $6,490.49. In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting documents establish that she is entitled to an award of attorney fees under the EAJA in the total amount she seeks. The attorney fees awarded under the EAJA belong to Plaintiff and are subject to administrative "offset if [she] has outstanding federal debts." *Astrue v. Ratliff*, 560 U.S. 586, 594 (2010).

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act (Doc. #16) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees under the EAJA in the total amount of $6,490.49;

3. The Commissioner shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States that is subject to offset. If no such pre-existing debt exists, the Commissioner shall pay the EAJA award directly to Plaintiff's attorney; and,

4. The case remains terminated on the Court's docket.

March 31, 2016                                         *s/Thomas M. Rose

                                                    _____
                                                    Thomas M. Rose
                                                    United States District Judge